# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, P.D. LOCHNER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DAVID E. HARLEY**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400233**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 3 April 2014.
**Military Judge**: LtCol C.M. Greer, USMC.
**Convening Authority**: Commanding Officer 1st Battalion, 10th Marines, 2d Marine Division, Camp Lejeuen, NC.
**Staff Judge Advocate's Recommendation**: Col R.A. Fifer, USMC.
**For Appellant**: CAPT Bree Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**30 September 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court